# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:09CR401 |
| vs. | ) | |
| | ) | ORDER |
| **MARIA VALENCIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion (Filing 36) for leave to file pretrial motions out of time and to continue the trial now set for January 26, 2010.

The record shows that the pretrial motion deadline expired on December 9, 2009. Present counsel was appointed on December 2, 2009, and the order setting the case for trial was filed on December 10, 2009, upon the expiration of the pretrial motion deadline. All counsel of record were given notice of the trial order. The defendant has not shown good cause to reopen the pretrial motions deadline or to continue the trial.

**IT IS ORDERED** that the defendant's motion (Filing 36) is denied. Trial remains set for January 26, 2010.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 30, 2009.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**